NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1748

ROY SASSIN

VERSUS

RICHARD K. CLEMENT, ET. AL.

************

APPEAL FROM THE
THE CITY COURT OF SULPHUR,
PARISH OF CALCASIEU, NO. 31,641-02,
HONORABLE CHARLES SCHRUMP, CITY COURT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED AS AMENDED**

Scott J. Pias
Attorney at Law
522 Alamo Street
Lake Charles, LA 70601
(337) 436-1288
ATTORNEY FOR PLAINTIFF/APPELLEE:
    Roy Sassin

Melissa F. Doise
Borne & Wilkes
Post Office Box 4305
Lafayette, LA 70502
(337) 232-1604
ATTORNEY FOR DEFENDANTS/APPELLANTS:
    Richard Clement & Safeway Insurance